# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

-vs-                                                                    Affidavit
                                                                        25-CR-06046-EAW-MJP
RAYSEAN BROWN

                              Defendant.

State of New York)):
County of Livingston))  ss:

    I, Raysean Brown being duly sworn deposes and states:

1. That I am the Defendant in the above-captioned action.

2. That I make this affidavit in support of various motions and applications to controvert search warrants and to suppress the fruits thereof together with the suppression of any warrantless searches and seizures therefrom.

3. That I make this affidavit as testimony in support of the motion to suppress evidence related to a search of 29 Castlewood Drive and any search warrants related to my cellular phone, number 626-267-1100. I object to the use of this affidavit for any other purpose.

4. That I assert an expectation of privacy and a 4th Amendment right in the residence known as 29 Castlewood Drive in Rochester, New York.

5. That 29 Castlewood Drive was my residence at the time of my arrest.

6. I further assert a privacy interest in my cellular phone, number 626-267-1100. That phone number 626-267-1100 is my cellular phone number.

7. That I have been advised that the prosecution seeks to admit against me the fruits and various evidence seized from the residence and my cellular phone. That I assert a

possessory, ownership, use and privacy interest in all said property, places or things as more definitely itemized by the attached Attorney Affirmation and motion and which I adopt herein as to the factual allegations therein with the same force and effect as if fully replied.

8. Upon reviewing the warrant for my residence at 29 Castlewood Drive, Rochester, New York, that the police failed to rely on objective good faith and lacked probable cause in that they had no information indicating that drugs, drug proceeds, or any evidence relevant to drugs or drug paraphernalia would be located at my residence. I wish to contest the lawfulness of any search and seizure of my residence and any other search conducted by law enforcement.

9. Upon reviewing the warrants for my cellular phone, number 626-267-1100, that law enforcement failed to rely on objective good faith and lacked probable cause to seize my phone. I wish to contest the lawfulness of any search and seizure involving my cellular phone.

10. That I have been advised by my Attorney regarding the United States Supreme Court case of Simmons v. U.S., 390 U.S. 377 (1968) and I understand that the prosecution may not use any assertions that I make herein to enforce a constitutional right against me as evidence at any future trial of this indictment.

11. That I have not consented to, knowingly permitted, or surrendered any right to privacy in any way and all times mentioned herein continued to maintain and assert an expectation of privacy in all the places and things heretofore mentioned or as are incorporated herein from the attached Attorney Affirmation.

2

_____
RAYSEAN BROWN

Sworn to before me this
19th Day of September 2025

_____
Notary Public

BRYAN SCOTT OATHOUT
Notary Public, State of New York
Reg. No. 020A6371302
Qualified in Monroe County
Commission Expires 02/26/26

3